## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JUDY JACKSON**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO.: 3:07CV00123-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE